IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. LANCE WINSLOW STODDARD, Defendant. | CR 20-81-GF-BMM <br><br> PRELIMINARY ORDER OF FORFEITURE |
|---|---|

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Lance Winslow Stoddard appeared before the Court on May 26, 2021, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Stoddard's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d).

IT IS ORDERED:

1

THAT Stoddard's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d).

- Personal money judgment in the amount of $10,000.00;

- Para USA, incorporated manufactured, model Expert, semi-automatic pistol, .45 ACP caliber, with serial number 005537NW; and

- Carl Walther GmbH manufactured, model P22, semi-automatic pistol, .22LR caliber, with an obliterated serial number.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 26th day of May 2021.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United State District Court