IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **LANCE WINSLOW STODDARD,** <br><br> Defendant. | **CR 20-81-GF-BMM** <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853 and 881, 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on May 26, 2021. (Doc. 38).

3. All known interested parties were provided an opportunity to respond and publication has been affected as required by 21 U.S.C. § 853(n)(1). (Docs. 41, 41-1).

1

4.      It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853 and 881, 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853 and 881, 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Personal money judgment in the amount of $10,000.00;

- Para USA, incorporated manufactured, model Expert, semi-automatic pistol, .45 ACP caliber, with serial number 005537NW; and

- Carl Walther GmbH manufactured, model P22, semi-automatic pistol, .22LR caliber, with an obliterated serial number.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 19th day of August 2021.

_____
Brian Morris, Chief District Judge
United States District Court