IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE WINSLOW STODDARD,<br><br>Defendant. | AMENDED ORDER<br><br>CR-20-81-GF-BMM |

Defendant Lance Winslow Stoddard (Stoddard) appeared before the Court on August 25, 2025, for the purpose of a hearing regarding his Motion to Self Surrender in which he requested that he be allowed self surrender to a Bureau of Prisons facility as directed by the United States Marshal's Service. (Doc. 108).

Based upon the argument of counsel and a review of the record,

IT IS ORDERED that Stoddard's Motion to Self Surrender (Doc. 108) is **DENIED**. IT IS FURTHER ORDERED that Stoddard shall remain in custody at the Cascade County Detention Center until his transfer to a Bureau of Prison facility as directed by the United States Marshal's Service.

DATED this 26th day of August 2025.

_____
John Johnston
United States Magistrate Judge